UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANDRIE LEASING LLC,

        Plaintiff,

Case No. 1:11-cv-374

v.

HONORABLE PAUL L. MALONEY

ANDRIE INC.,

        Defendant.

_____/

## ORDER TO FILE CORPORATE DISCLOSURE STATEMENT

Pursuant to Fed. R. Civ. P. 7.1, a nongovernmental corporate party must file a disclosure statement that (1) identifies any parent corporation and any publicly held corporation owning 10% or more of its stock; or (2) states that there is no such corporation. A review of the docket for this case has revealed that defendant Andrie Inc. not filed the requisite disclosure.

IT IS HEREBY ORDERED that defendant Andrie Inc. shall file a corporate disclosure statement within seven (7) days of the date of this order.

Date: May 9, 2011                                         /s/ Paul L. Maloney
                                                                   Paul L. Maloney
                                                                   Chief United States District Judge